**Tarvuell CLARK, Appellant,**

v.

**Hugh G. HARRIS, Appellee.**

No. 01–1341.

United States Court of Appeals,
Eighth Circuit.

Submitted April 2, 2001.

Decided April 10, 2001.

Before HANSEN, MORRIS
SHEPPARD ARNOLD, and BYE, Circuit
Judges.

PER CURIAM.

Federal prisoner Tarvuell Clark appeals the district court's [1] pre-service dismissal of his *Bivens* [2] action and moves to proceed in forma pauperis (IFP) on appeal. Having carefully reviewed the record, *see Moore v. Sims,* 200 F.3d 1170, 1171 (8th Cir.2000) (per curiam), we conclude that Mr. Clark's complaint failed to state an Eighth Amendment claim upon which relief may be granted. Because Mr. Clark has paid the appellate filing fee, we deny his IFP motion as moot.

Accordingly, we affirm. *See* 8th Cir. R. 47A(a).

---

1. The Honorable Dean Whipple, Chief Judge, United States District Court for the Western District of Missouri.

2. *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971).